IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER NORTON,            )
                            )
         Plaintiff,         )   CV No. 04-1695-PA
                            )
    v.                      )
                            )
NIKE, INC.,                 )   JUDGMENT OF DISMISSAL
                            )
         Defendant.         )

The court having been notified that the case is settled, this action is dismissed with prejudice, and without costs or attorney fees to any party.

DATED this __13__ day of November, 2005.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT OF DISMISSAL